IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RASHAD C. LEE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:23cv523-MHT |
| ) | (WO) |
| **L.B. SMITHART, et al.,** ) | |
| ) | |
| Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, the plaintiff, a state prisoner, filed this lawsuit claiming that the defendants violated his right to equal protection in connection with his request for a sentence reduction, and that they conspired against him and obstructed justice concerning his criminal trial transcript, which he alleged was altered. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of January, 2024.

                                     /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE